The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

NORTHSHORE INVESTORS, LLC, a
Washington limited liability company, and
NORTH SHORE GOLF ASSOCIATES, INC.,
a Washington corporation,

                Plaintiffs,

     v.

The CITY OF TACOMA, a Washington
municipal corporation,

                Defendant.

Case No. C07-5629BHS

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE

**[Clerk's Action Required]**

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiffs' Amended Complaint for Damages Pursuant to RCW 64.40 *et seq.*, 42 U.S.C. § 1983 and Tortious Interference (Amended Complaint) *without prejudice*. Each party is to bear its own costs.

     DATED this 17th day of February, 2009.

SCHWABE, WILLIAMSON &
WYATT, P.C.

By: _____
Aaron M. Laing, WSBA #34453
Matthew A. Turetsky, WSBA #23611
*Attorneys for Plaintiff Northshore*
*Investors, LLC*

GORDON DERR, LLP

By: _____
Jay P. Derr, WSBA #12620
Dale N. Johnson, WSBA #26629
*Attorneys for Defendant City of Tacoma*

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206.622.1711

1  TOUSLEY BRAIN STEPHENS, PLLC

2

3  By: _____
      Christopher I. Brain, WSBA #5054
4        Paul W. Moomaw, WSBA #32728
   *Attorneys for Plaintiff North Shore Golf*
5  *Associates, Inc.*

6

7                    **ORDER OF DISMISSAL**

8          THIS MATTER having come on before the Court by stipulation of the parties, and

9  the Court having reviewed the stipulation and the file, and being fully advised herein, now,

10 therefore,

11         IT IS HEREBY ORDERED that Plaintiff's Amended Complaint and all claims

12 asserted therein in this matter are dismissed *without prejudice* and without costs to any party.

13         DATED this _____ day of _____ 2009.

14

15                              _____
16                              Honorable Benjamin H. Settle

17

18

19 Presented by:

20 SCHWABE, WILLIAMSON & WYATT, P.C.

21

22 By: _____
      Aaron M. Laing, WSBA #34453
23    Matthew A. Turetsky, WSBA #23611
   *Attorneys for Plaintiff Northshore*
24 *Investors, LLC*

25

26

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 2

PDX/117426/155180/AAL/3318905.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

1   Approved as to form; Notice of presentation waived:

2   TOUSLEY BRAIN STEPHENS, PLLC

3

4   By:
    Christopher I. Brain, WSBA #5054
5   Paul W. Moomaw, WSBA #32728
    *Attorneys for Plaintiff North Shore Golf*
6   *Associates, Inc.*

7

8   GORDON DERR, LLP

9

10  By:
    Jay P. Derr, WSBA #12620
11  Dale N. Johnson, WSBA #26629
    *Attorneys for Defendant City of Tacoma*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/117426/155180/AAL/3318905.1

1

2

## CERTIFICATE OF SERVICE

3    I hereby certify that on the 17th day of February, 2009, I caused to be served the

4    foregoing *STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE* on the

5    following parties at the following addresses:

6    **Via Mail and Electronic Service:**            **Via Mail and Electronic Service:**
     Jay P. Derr, WSBA #12620                        Paul W. Moomaw, WSBA #32728
7    Dale N. Johnson, WSBA #26629                    TOUSLEY BRAIN STEPHENS PLLC
     GORDONDERR, LLP                                 1700 7th Ave., Ste. 2200
8    2025 First Avenue, Suite 500                    Seattle WA 98101
     Seattle, WA  98121-3140                         Phone: (206) 682-5600
9    Phone: (206) 382-9540                           Fax:    (206) 682-2992
10   Fax:    (206) 626-0675                          pmoomaw@tousley.com
     jderr@gordonderr.com
11   djohnson@gordonderr.com

12
     by:
13            ☐      U.S. Postal Service, ordinary first class mail
14            ☐      Via Messenger
              ☐      facsimile
15            ☒      electronic service

16                                          *D. Eileen Brousseau*

17                                          B. Eileen Brousseau

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206.622.1711

PDX/117426/155180/AAL/3318905.1