Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

NORTHSHORE INVESTORS, LLC, a Washington limited liability company, and NORTH SHORE GOLF ASSOCIATES, INC., a Washington corporation,

    Plaintiffs,

v.

The CITY OF TACOMA, a Washington municipal corporation,

    Defendant.

Case No. C07-5629BHS

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

**[Clerk's Action Required]**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiffs' Amended Complaint for Damages Pursuant to RCW 64.40 *et seq.*, 42 U.S.C. § 1983 and Tortious Interference (Amended Complaint) *without prejudice*. Each party is to bear its own costs.

DATED this \_\_\_\_ day of February, 2009.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:_____
Aaron M. Laing, WSBA #34453
Matthew A. Turetsky, WSBA #23611
*Attorneys for Plaintiff Northshore Investors, LLC*

GORDON DERR, LLP

By: _____
Jay P. Derr, WSBA #12620
Dale N. Johnson, WSBA #26629
*Attorneys for Defendant City of Tacoma*

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/117426/155180/AAL/3318905.1

| | |
|---|---|
| 1 | TOUSLEY BRAIN STEPHENS, PLLC |
| 2 | |
| 3 | By: _____<br>Christopher I. Brain, WSBA #5054 |
| 4 | Paul W. Moomaw, WSBA #32728 |
| 5 | *Attorneys for Plaintiff North Shore Golf Associates, Inc.* |

## ORDER OF DISMISSAL

THIS MATTER having come on before the Court by stipulation of the parties, and the Court having reviewed the stipulation and the file, and being fully advised herein, now, therefore,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint and all claims asserted therein in this matter are dismissed *without prejudice* and without costs to any party.

DATED this 27th day of February, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Aaron M. Laing, WSBA #34453
Matthew A. Turetsky, WSBA #23611
*Attorneys for Plaintiff Northshore Investors, LLC*

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 2

PDX/117426/155180/AAL/3318905.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

Approved as to form; Notice of presentation waived:

TOUSLEY BRAIN STEPHENS, PLLC


By: _____
Christopher I. Brain, WSBA #5054
Paul W. Moomaw, WSBA #32728
*Attorneys for Plaintiff North Shore Golf Associates, Inc.*


GORDON DERR, LLP


By: _____
Jay P. Derr, WSBA #12620
Dale N. Johnson, WSBA #26629
*Attorneys for Defendant City of Tacoma*

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/117426/155180/AAL/3318905.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2009, I caused to be served the foregoing *STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE* on the following parties at the following addresses:

| **Via Mail and Electronic Service:** | **Via Mail and Electronic Service:** |
|---|---|
| Jay P. Derr, WSBA #12620 | Paul W. Moomaw, WSBA #32728 |
| Dale N. Johnson, WSBA #26629 | TOUSLEY BRAIN STEPHENS PLLC |
| GORDONDERR, LLP | 1700 7th Ave., Ste. 2200 |
| 2025 First Avenue, Suite 500 | Seattle WA 98101 |
| Seattle, WA 98121-3140 | Phone: (206) 682-5600 |
| Phone: (206) 382-9540 | Fax: (206) 682-2992 |
| Fax: (206) 626-0675 | pmoomaw@tousley.com |
| jderr@gordonderr.com | |
| djohnson@gordonderr.com | |

by:
- ☐ U.S. Postal Service, ordinary first class mail
- ☐ Via Messenger
- ☐ facsimile
- ☒ electronic service

                                          B. Eileen Brousseau

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/117426/155180/AAL/3318905.1